ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Colt Lee Locklear**  Docket No. 7:16-CR-4-1 H

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Colt Lee Locklear, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on February 19, 2016

The defendant appeared before Malcolm J. Howard, the Senior U.S. District Judge for arraignment on April 7, 2016. He pled guilty to Possession With Intent to Distribute a Quantity of Marijuana, a Quantity of Tramadol, and a Quantity of Oxycodone, in violation of 21 U.S.C. § 841(b)(1)(C), and was continued under existing conditions. Sentencing is pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
As noted in the Release Status Report submitted on March 28, 2016, a drug test collected from the defendant following arraignment on February 19, 2016, was positive for marijuana and opiates. When the test was collected, Locklear signed an admission of drug use form acknowledging his use of marijuana and Lorcet which had been prescribed for someone else. He was instructed that future drug use would be a violation of his conditions.

A drug test collected from the defendant on April 1, 2016, was positive for amphetamines (initial laboratory analysis was received on April 11, 2016). When confronted on April 22, 2016, Locklear signed an admission of drug use form acknowledging his use of prescription medication belonging to another individual. The defendant was verbally reprimanded for his actions, and in an effort to improve his decision making skills, Locklear was taught the STARR Cognitive Model. Any further drug use will be reported to the court for appropriate action.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's Conditions of Release be amended to include the following condition:

> Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308,<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: May 4, 2016 |

Colt Lee Locklear
Docket No. 7:16-CR-4-1 H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the ___5th___ day of May, 2016, and ordered filed and made part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge